# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 20-00037-CR-W-HFS |
| MATTHEW R. PETERSON, ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEAS OF GUILTY

The Defendant appeared before me pursuant to Fed. R. Crim. P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636, and has entered pleas of guilty to Counts Eleven and Thirty-Two of the Indictment. Defendant also admitted to Forfeiture Allegations One and Four. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Fed. R. Crim. P. 11, I determined that the guilty pleas were knowledgeable and voluntary and that the offense charges are supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceedings and a transcript is available. I, therefore, recommend that the pleas of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.

                                            /s/ *Jill A. Morris*
                                            JILL A. MORRIS
                                            UNITED STATES MAGISTRATE JUDGE