IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00037-CR-W-HFS |
| MATTHEW R. PETERSON | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on September 10, 2020, before Magistrate Judge Jill A. Morris, defendant entered a guilty plea to Counts 11 and 32 of the Indictment, and also pled guilty to forfeiture allegations in Counts 1 and 4 . In a Report and Recommendation dated September 10, 2020 (Doc. 19), Judge Morris determined that the guilty plea was knowledgeable and voluntary and that the offenses were supported by an independent basis in fact containing each essential element of the offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 19) and ACCEPT defendant's guilty

plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

 s/ HOWARD F. SACHS
HOWARD F. SACHS
United States District Judge

Dated: September 21, 2020
Kansas City, Missouri